USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2021

# SPIVAKLIPTON LLP
ATTORNEYS AT LAW

njohnson@spivaklipton.com
1700 Broadway
New York, NY 10019
T 212.765.2100
F 212.765.8954
spivaklipton.com

April 22, 2021

**Via ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

  Re: **Trustees of the Welfare, Pension and Annuity Funds of Local No. One, I.A.T.S.E. v. Bestek Lighting & Staging Inc.; Case No. 1:21-cv-01873 (AT)**

Dear Judge Torres:

  This firm represents Plaintiffs in the above-referenced matter. Pursuant to Rule I.C of Your Honor's Individual Practices in Civil Cases, I write to request an adjournment of the initial pretrial conference currently set for May 5, 2021, an adjournment of the April 28, 2021 deadline to submit a preconference letter, and an adjournment of the April 28, 2021 deadlines concerning consent to proceedings before a magistrate judge. This is the first request for an adjournment of each.

  Plaintiffs request these adjournments because Defendant has failed to timely file an answer or otherwise move with respect to the Complaint herein. Earlier today, the Clerk entered a Certificate of Default noting Defendant's default. (Doc. No. 11.)

  Plaintiffs have not contacted Defendant concerning this request because Defendant has not entered an appearance in this matter and has defaulted. In light of Defendant's default, Plaintiffs do not propose alternative dates for rescheduling. Plaintiffs intend to apply to the Court for default judgment in the near future.

Respectfully submitted,

Nicholas J. Johnson

GRANTED. The conference scheduled for May 5, 2021, is ADJOURNED *sine die*. By **May 21, 2021**, Plaintiffs shall move for default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: April 23, 2021
   New York, New York

ANALISA TORRES
United States District Judge