

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_5/17/2021\_\_\_\_\_

# SPIVAK LIPTON LLP
ATTORNEYS AT LAW

njohnson@spivaklipton.com
1700 Broadway
New York, NY 10019
**T** 212.765.2100
**F** 212.765.8954
spivaklipton.com

May 17, 2021

<u>Via ECF</u>
The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>Trustees of the Welfare, Pension and Annuity Funds of Local No. One, I.A.T.S.E. v. Bestek Lighting & Staging Inc.; Case No. 1:21-cv-01873 (AT)</u>

Dear Judge Torres:

    This firm represents Plaintiffs in the above-referenced matter. Pursuant to Rule I.C of Your Honor's Individual Practices in Civil Cases, I write to request an adjournment of the May 21, 2021 deadline to move for default judgment. Plaintiffs requests a two-week adjournment of the deadline to June 4, 2021. This is the first request for an adjournment.

    Plaintiffs request the adjournment because the undersigned attorney is counsel in a federal administrative proceeding that will require a hearing and significant briefing obligations this week and next week. Plaintiffs have not contacted Defendant concerning this request because Defendant has not entered an appearance in this matter and has defaulted.

    Thank you for the Court's consideration

                            Respectfully submitted,

                            SPIVAK LIPTON LLP

                            Nicholas J. Johnson
                            *Counsel for Plaintiffs*

GRANTED. By **June 4, 2021**, Plaintiffs shall move for default judgment.

SO ORDERED.

Dated: May 17, 2021
       New York, New York

                            ANALISA TORRES
                            United States District Judge