

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_6/2/2021\_\_\_

njohnson@spivaklipton.com
1700 Broadway
New York, NY 10019
**T** 212.765.2100
**F** 212.765.8954
spivaklipton.com

June 2, 2021

**Via ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>Trustees of the Welfare, Pension and Annuity Funds of Local No. One, I.A.T.S.E. v. Bestek Lighting & Staging Inc.; Case No. 1:21-cv-01873 (AT)</u>

Dear Judge Torres:

      This firm represents Plaintiffs in the above-referenced matter. Pursuant to Rule I.C of Your Honor's Individual Practices in Civil Cases, I write to request an adjournment of the June 4, 2021 deadline to move for default judgment. Plaintiffs requests a one-week adjournment of the deadline to June 11, 2021. This is the second request for an adjournment of the deadline to move for a default judgment, and a prior request for a two-week extension was granted.

      Plaintiffs request the adjournment because the undersigned attorney's obligations as counsel in a federal administrative proceeding, which were anticipated to end last week and were the basis for Plaintiffs' first extension request, have continued into this week. Plaintiffs have not contacted Defendant concerning this request because Defendant has not entered an appearance in this matter and has defaulted.

      Thank you for the Court's consideration.

Respectfully submitted,

SPIVAK LIPTON LLP

Nicholas J. Johnson
*Counsel for Plaintiffs*

GRANTED.

SO ORDERED.

Dated: June 2, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge