UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE WELFARE, PENSION AND ANNUITY FUNDS OF LOCAL NO. ONE, I.A.T.S.E.,

                            Plaintiffs,

-against-

BESTEK LIGHTING & STAGING INC.,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2021

21 Civ. 1873 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 11, 2021, Plaintiff moved by order to show cause for default judgment against Defendant. ECF No. 18. In support, Plaintiff submitted two affidavits with accompanying exhibits, including a statement of damages, and a proposed default judgment (the "Supporting Papers"). ECF Nos. 19–20. Accordingly:

1. On **September 7, 2021**, at **1:00 p.m.**, Defendant shall appear at a telephonic conference to show cause why the Court should not enter a default judgment against them pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff shall also appear. The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

2. By **June 20, 2021**, Plaintiff shall serve copies of this Order to Show Cause and the Supporting Papers at ECF Nos. 18–20 on Defendant by first-class mail and service on the Secretary of State under N.Y. Business Corp. Law § 306.

3. By **June 22, 2021**, Plaintiff shall file on the docket (1) proof of service, and (2) the Supporting Papers that were served upon Defendant (as an attachment to the proof of service).

4. By **July 12, 2021**, Defendant shall respond to Plaintiff's motion.

5. By **July 19, 2021**, Plaintiff shall submit its reply, if any.

6. By **September 1, 2021**, Plaintiff shall submit an updated proposed default judgment with calculations of interest as of September 7, 2021, and serve it on Defendant by first-class mail and service on the Secretary of State under N.Y. Business Corp. Law § 306.  By **September 3, 2021**, Plaintiff shall file proof of service on the docket.

SO ORDERED.

Dated: June 15, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge