USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE WELFARE, PENSION AND ANNUITY FUNDS OF LOCAL NO. ONE, I.A.T.S.E.,

             Plaintiffs,

-against-

BESTEK LIGHTING & STAGING INC.,

             Defendant.

**DEFAULT JUDGMENT**

Case No. 1:21-cv-01873 (AT)

---

      This action having been commenced on March 3, 2021 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been duly served on Defendant Bestek Lighting & Staging Inc. ("Bestek") by service on the Office of the Secretary of State of New York on March 18, 2021, and Defendant Bestek not having answered the Complaint, the time for answering the Complaint having expired, and the Clerk of Court having issued a Certificate of Default as to Defendant Bestek, it is:

      ORDERED, ADJUDGED, AND DECREED that Plaintiffs have judgment in their favor against Defendant Bestek for unpaid benefit contributions in the principal amount of $29,159.10; with interest of the prime rate (as published in the Wall Street Journal) plus 2%, to be calculated from the date each contribution was due until judgment is entered, in the amount of $3,155.09; liquidated damages on unpaid contributions in the amount of $5,831.82; attorney's fees incurred in this action in the amount of $4,246.25; plus costs incurred in this action in the amount of $493.05; amounting to a total of $42,885.31.

Dated: New York, New York
      September 7, 2021

SO ORDERED.

_____
ANALISA TORRES
United States District Judge